UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>        Defendant. | Case No. 19-cv-03062-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff failed to appear at the initial case management conference on September 9, 2019. Therefore, the Court issues this ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff shall file a written statement no later than September 23, 2019, showing cause as to why the case should not be dismissed for failure to prosecute. Failure to comply with this Order will result in dismissal.

**IT IS SO ORDERED**.

Dated: September 9, 2019

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge